IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRESTON EASLEY : | |
| : | |
| : | CIVIL ACTION |
| v. : | |
| : | No. 14-2699 |
| : | |
| CITY OF PHILADELPHIA, SCHOOL : | |
| DISTRICT OF PHILADELPHIA, RASHINE : | |
| CORBIN, and SIMON GRATZ HIGH : | |
| SCHOOL-MASTERY CHARTER : | |
| : | |

## ORDER

**AND NOW**, this _____ day of _____, 2015, upon consideration of Defendants Rashine Corbin and Simon Gratz High School-Mastery Charter's Motion to Dismiss (Doc. 14) and Plaintiff Preston Easley's Memorandum in Opposition (Doc. 17), it is hereby **ORDERED AND DECREED** that Defendants' Motion to Dismiss is **GRANTED** without prejudice to Plaintiff Easley's right to file an Amended Complaint as to his claims under the Fourteenth Amendment within fourteen (14) days of the entrance of this order.

BY THE COURT:

/s/Petrese Tucker
_____
**Hon. Petrese B. Tucker, C.J.**